IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. WR-79,217-01






EX PARTE RAMY RIAD HOZAIFEH, Applicant








ON APPLICATION FOR A WRIT OF HABEAS CORPUS


CAUSE NO. 9403716 IN THE 178TH DISTRICT COURT


FROM HARRIS COUNTY






 Alcala, J., filed a statement.

 

S T A T E M E N T



 Because I testified as a witness with respect to the underlying allegations in this application
for a writ of habeas corpus, I formally recuse myself from these proceedings. See Tex. R. Civ. P. 18b.

 Alcala, J.


Filed: April 17, 2013

Do not publish